# IN THE SUPREME COURT OF THE STATE OF NEVADA

MANUEL IGLESIAS; AND EDWARD MOFFLY,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NANCY L. ALLF, DISTRICT JUDGE,

Respondents,

and

N5HYG, LLC; AND NEVADA 5, INC.,

Real Parties in Interest.

No. 83157

FILED

FEB 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of prohibition, or in the alternative, a writ of mandamus, challenging a district court order denying a motion for partial judgment on the pleadings.

Having considered the petition and its supporting documentation, as well as the answer and reply, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Direct Grading & Paving, LLC v. Eighth Judicial Dist. Court*, 137 Nev., Adv. Op. 31, 491 P.3d 13, 17 (2021) (stating that the decision to entertain a writ petition is solely within our discretion); *Archon Corp. v. Eighth Judicial Dist. Court*, 133 Nev. 816, 821, 407 P.3d 702, 707 (2017) (stating that the petitioner bears the burden of showing that writ relief is warranted). Among other reasons, petitioners have not shown that an appeal from a final judgment would be an inadequate legal remedy. *See Pan v. Eighth*

22-05474

*Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (observing "that the right to appeal is generally an adequate legal remedy that precludes writ relief"); *see also Walker v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 80, 476 P.3d 1194, 1198 (2020) ("A remedy does not fail to be speedy and adequate, because, by pursuing it through the ordinary course of law, more time probably would be consumed than in a mandamus proceeding."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.           _____, J.
Stiglich                                Herndon


cc:    Hon. Nancy L. Allf, District Judge
Hon. Linda M. Bell, Chief Judge
Kaplan Cottner
The Miller Law Firm, P.C.
Albright Stoddard Warnick & Albright
Lewis Roca Rothgerber Christie LLP/Las Vegas
Lemons, Grundy & Eisenberg
Eighth District Court Clerk